# NO. 12-08-00154-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| *IN RE: ROBERT W. FROST,* | § | |
| *RELATOR* | § | *ORIGINAL PROCEEDING* |
| | § | |

## *MEMORANDUM OPINION*

On May 21, 2008, this court delivered an opinion conditionally granting the petition for writ of mandamus filed by Robert W. Frost as relator. That opinion ordered Respondent, the Honorable Thomas A. Dunn, Judge of the County Court at Law of Smith County, to vacate his order granting Cynthia Frost's motion to disqualify Robert W. Frost's attorney and to enter an order denying the motion to disqualify. On June 5, 2008, Respondent signed an order complying with this court's opinion and order of May 21, 2008.

All issues attendant to this original proceeding having been disposed of, this mandamus proceeding has now been rendered moot; therefore, the writ need not issue. Accordingly, this original proceeding is ***dismissed***.

**BRIAN HOYLE**
Justice

Opinion delivered June 11, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)